IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA KITCHENS,<br>    Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, BARTON & ASSOCIATES, INC., and MARY OYELEYE, DMD,<br>    Defendants. | 8:24CV37<br><br>ORDER OF DISMISSAL OF PARTY |

  This matter comes before the Court on Plaintiff's Motion to Dismiss Party Barton & Associates with prejudice. Filing No. 25. The Court, being fully advised in the premises, finds that such an Order is proper.

  IT IS THEREFORE ORDERED that Defendant Barton & Associates, Inc. be dismissed with prejudice with each party to pay the costs heretofore incurred by each. Defendants United States of America and Mary Oyeleye, DMD remain parties in this action.

  Dated this 7th day of March, 2024.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge