IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA KITCHENS,<br><br>               Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, and MARY OYELEYE, DMD;<br><br>               Defendants. | **8:24CV37**<br><br>**ORDER** |

       This matter comes before the Court on Plaintiff's motion for leave to serve by publication. Filing No. 41. Under Federal Rule of Civil Procedure 4(e), a plaintiff may serve a defendant by following the law of the state in which the district court is located, in this case, Nebraska. Nebraska Revised Statutes §§ 25-518.01–520.03 permit service by publication when ordered by the Court. The plaintiff having documented her unsuccessful attempts to otherwise serve defendant Mary Oyeleye, her request for service by publication is granted.

       IT IS ORDERED:

1. Plaintiff's motion for service by publication, Filing No. 41, is granted. Plaintiff shall publish such notification as requested.

Dated this 7th day of May, 2024.

                                                   SIGNED:

                                                   s/ Kate O. Rahel
                                                   Appointed Special Master