IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REBECCA KITCHENS, | |
| Plaintiff, | **8:24CV37** |
| vs. | |
| THE UNITED STATES OF AMERICA, and MARY OYELEYE, DMD; | **ORDER TO SHOW CAUSE** |
| Defendants. | |

     This matter comes before the court after a review of the docket. Plaintiff commenced this action on January 31, 2024. (Filing No. 1). Defendant United States of America ("USA") was served on February 23, 2024. (Filing No. 20). Defendant Mary Oyeleye was served by publication on June 4, 2024. (Filing No. 57). Defendant USA filed a motion to dismiss the complaint on May 1, 2024. (Filing No. 35). Defendant Oyeleye retained counsel and filed an answer on June 24, 2024. (Filing No. 63).

     On December 23, 2024, the court granted Plaintiff leave to amend the complaint. (Filing No. 81). As a result, Defendant USA's pending motion to dismiss was denied as moot without prejudice. (Filing No. 82). Plaintiff filed the Amended Complaint on December 26, 2024. (Filing No. 83).

     Defendant USA renewed its motion to dismiss for failure to state a claim. (Filing No. 84). That matter remains pending before the court. Defendant Oyeleye, however, did not answer or otherwise file a responsive pleading as to the Amended Complaint. Review of the docket shows that Defendant Oyeleye was properly served, has retained counsel and previously filed an answer.

Accordingly,

IT IS ORDERED:

Defendant Oyeleye shall have until July 3, 2025 to file an answer or other responsive pleading as to Plaintiff's Amended Complaint (Filing No. 83), or otherwise show cause why she has not responded.


Dated this 20th day of June, 2025.

BY THE COURT:


s/ Ryan C. Carson

United States Magistrate Judge