IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

REBECCA KITCHENS,

Plaintiff,

vs.

THE UNITED STATES OF AMERICA, and MARY OYELEYE, DMD;

Defendants.

**8:24CV37**

**ORDER DISMISSING PARTY**

This matter comes before the Court on the plaintiff's Motion to Dismiss Defendant (Filing No. 136). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, United States of America, be dismissed. Defendant, Mary Oyeleye, DMD, remains a party in this matter. Furthermore, the Court denies the United States's Motion to Exclude, Filing No. 128, as moot in light of the United States's dismissal as a party. However, the Court recognizes that Defendant Mary Oyeleye has joined the United States's motion to exclude at Filing No. 133, and will consider the arguments made in the briefing related to Filing No. 128 when ruling on Defendant Mary Oyeleye's motion.

Dated this 12th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge